**Order entered October 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00745-CR

**RABYL RIYAZ NATHOO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82434-2017**

## ORDER

The clerk's record shows appellant is indigent and requested the reporter's record on June 28, 2018. The reporter's record was due August 12, 2018. When it was not filed, we notified court reporter Karla Kimbrell by postcard dated August 15, 2018 and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record by September 14, 2018. To date, the reporter's record has not been filed and we have not had any communication from Ms. Kimbrell.

We **ORDER** the complete reporter's record to be filed **by October 22, 2018**. Should Ms. Kimbrell fail to file the reporter's record by that date, the Court will take whatever remedies

it has available to ensure this appeal proceeds in a timely fashion, including ordering Ms. Kimbrell not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, official court reporter, 380th Judicial District Court; and to counsel for all parties.


/s/    CRAIG STODDART
JUSTICE